UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2014 MAR 14 PM 1: 41

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

STEVEN RAMIREZ TORRES
JOSE MANUEL HURTADO DELGADO
NESTOR ALEXANDER PAZ SARRIA
JACK LEITNER GONZALEZ LONDONO
OMAR ALONSO TORRES FERROSA
CLAUDIA PATRICIA FRANCO
LIVIANY CAEZ SANTANA

CASE NO. 6:14-cr-50-Orl-36TBS

## AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION

I, Terence Nicolas, being duly sworn, depose, and state:

1. I am a citizen of the United States.

2. I am a Task Force Agent ("TFA") with the Drug Enforcement Administration ("DEA") in Orlando, Florida. I have been a police officer in the State of Florida with the Altamonte Springs Police Department since March 2004, and have been assigned to the DEA as a sworn TFA since August 2006.

3. The DEA is one of the agencies within the United States government responsible for the enforcement of federal narcotics laws. As an agent with the DEA, I have personally conducted and participated in dozens of investigations that have resulted in the arrests and convictions of people responsible for trafficking in narcotics.

4. Based on my training and experience as an agent with the DEA, I am familiar with the means and methods that narcotics traffickers use to import illicit drugs, and I am familiar with the support and assistance that narcotics organizations require to conduct their

illegal activities. I have also become knowledgeable about the criminal statutes of the United States, particularly the narcotics statutes.

5. My duties have included conducting an investigation of Steven Ramirez Torres a/k/a "Prieto" (Ramirez), Jose Manuel Hurtado Delgado a/k/a "El Negro" (Hurtado), Nestor Alexander Paz Sarria a/k/a "Alex" (Paz), Jack Leitner Gonzalez Londoño a/k/a "El Mono" (Gonzalez), Omar Alonso Torres Ferrerosa a/k/a "El Doctor" (Torres), Claudia Patricia Franco a/k/a "La Enfermera" (Franco), Nestor Alexander Paz Sarria a/k/a "Alex" (Paz), who have been indicted in the case captioned United States v. Steven Ramirez, et al. As one of the lead investigators, I am familiar with the evidence in the case.

## I. Background

6. The investigation has revealed that Ramirez, Hurtado, Paz, Gonzalez, Torres, Franco, and Paz have trafficked and imported significant quantities of heroin and cocaine into the Florida and Puerto Rico areas of the United States from Colombia since at least October 2012 and continuing to the present.

## II. Evidence

7. The Colombian National Police (CNP), in cooperation with the DEA Bogota Country Office, initiated court authorized electronic communications intercepts (wiretaps) on telephones used by members of the Steven Ramirez Torres Drug Trafficking Organization (DTO). The DTO sends heroin and cocaine from Bogotá, Colombia, to the Middle District of Florida. Jack Gonzalez Londoño (aka "Mono"), and Nestor Paz Sarria, obtain the heroin. Jose Hurtado Delgado (aka "Negro") organizes shipment of the heroin and fabricates the heroin into various forms. Omar Torres Ferrerosa and Claudia Franco assist with transportation of the heroin.

8. On October 29, 2012, the CNP seized approximately seven (7) kilograms of cocaine from a fishing boat in Guajira, Colombia. The boat was destined for Aruba, where the cocaine would then be sent to the United States. One subject was arrested by the CNP. The CNP determined Ramirez, Gonzalez, and another associate were responsible for coordinating and financing the cocaine shipment.

9. In November of 2012, the CNP intercepted communications regarding the shipment of cocaine from Cali, Colombia to Tampa, Florida. Through wiretaps and surveillance, the CNP identified Ramirez as the person providing the money to purchase the cocaine. The CNP also intercepted conversations about Hurtado molding the cocaine to resemble small, individually wrapped candies, which were inside sealed packages labeled as a brand of Colombian candy. The CNP intercepts also recorded a conversation showing the shipment was coordinated by Gonzalez. The CNP intercepted conversations that disclosed a FedEx tracking number for a package that had been sent to Tampa, Florida. On November 21, 2012, the DEA Tampa District Office intercepted the FedEx package and seized approximately one (1) kilogram of cocaine, packaged to resemble candy.

10. On January 11, 2013, the CNP seized approximately 1.041 kilograms of heroin in Maicao, Colombia. One subject was arrested with bags of candy containing heroin, similar to the November 11 seizure in Tampa. The CNP wiretaps disclosed Paz and Hurtado were responsible for the fabrication and packaging of the heroin.

11. On January 28, 2013, the CNP seized a package containing approximately 487 grams of heroin at the Alfonso Bonilla Aragon International Airport near Cali, Colombia. The package was addressed to a location in Miami, Florida and contained a decorative metal vase. The heroin was concealed inside the vase and was seized by the CNP. Through wiretaps

and surveillance the CNP determined Ramirez, Gonzalez, and Hurtado were responsible for the shipment.

12. On June 24, 2013, the CNP seized a package containing approximately one (1) kilogram of cocaine at the El Dorado International Airport in Bogotá, Colombia. The package was addressed to a location in Caguas, Puerto Rico and contained a large industrial metal spool for holding wire or cable. The cocaine was concealed inside the center axis of the spool and was seized by the CNP. Through wiretaps and surveillance the CNP determined that Ramirez, Gonzalez, and Hurtado were responsible for the shipment.

13. On August 18, 2013, the CNP stopped a subject concealing heroin in his shoes. The subject was scheduled to travel from Tulua, Colombia to Venezuela and then to the United States. Approximately 510 grams of heroin pellets were located hidden in the soles of the subject's shoes. The heroin was seized and the subject was arrested by the CNP. Through wiretaps and surveillance the CNP determined Ramirez, Gonzalez, and three other associates were responsible for the attempted transportation of heroin.

14. On August 21, 2013, the CNP detained another subject concealing heroin in his shoes. The subject was also found to be in possession of approximately 510 grams of heroin which was hidden in the soles of the subject's shoes, similar to the previous seizure. The subject was also arrested while attempting to travel from Colombia to Venezuela and then to the United States. CNP wiretaps and surveillance determined Ramirez, Gonzalez and three other associates were responsible for the attempted transportation of this heroin.

15. On September 25, 2013, the CNP detained a female subject in Tulua, Colombia. The female was wearing a garment with 930 grams of cocaine sewn into panels of the material. The female was traveling to Bogotá to deliver the cocaine to Ramirez, who was to send

the cocaine to the United States via human courier. CNP wiretaps and surveillance identified Ramirez and Gonzalez as being responsible for the attempted cocaine transportation.

16. In September 2013, the CNP provided wiretap information to the DEA Orlando District Office which led to the identification of JetBlue flight attendant Carla Alvarado who would be transporting heroin from Bogotá to Orlando while working as an aircrew member of a JetBlue flight.

17. Alvarado had been friends with Jorge Alomar Baello for several years. Around May 2013, Alomar introduced Alvarado to Steven Ramirez Torres. Alomar and Ramirez asked Alvarado if she would use her position as a flight attendant to transport drugs from Bogotá to Orlando. Alomar told Alvarado she would be compensated $10,000 upon her successful delivery of the drugs. Alvarado then asked the JetBlue crew schedulers to assign her for two round-trip flights trips from the U.S. to Bogotá.

18. On September 12, 2013, Alvarado worked as a flight attendant on a flight from Orlando to Bogotá. Later that evening, Alvarado met with Ramirez and Torres at the Marriot hotel in Bogotá. Ramirez and Torres brought a women's girdle which contained approximately 1005 grams of heroin sewed into flat panels in the garment. Ramirez and Torres also brought a vaginal insert containing heroin, and K-Y Jelly to lubricate the insert. The insert was too large for Alvarado to conceal so she left it with Ramirez and Torres.

19. On September 13, 2013, Alvarado worked her scheduled flight attendant shift and traveled back to Orlando from Bogotá. Alvarado cleared Customs with the heroin undetected. She later met with Alomar and followed him to the Orlando residence Ramirez' shares with his girlfriend, Liviany Caez. Alomar gave the heroin to Caez and informed Ramirez that it was delivered via BlackBerry Message (BBM).

20. Alomar returned to the Ramirez residence at a later date and retrieved approximately half of the heroin and sold it to street customers. Alomar then paid Alvarado $10,000 from the proceeds of the heroin sales. Alomar believes the remaining heroin was sold by Caez and Ramirez' other unknown associates. Caez later gave Alomar approximately $3,000 from the sale of a portion of the heroin. Alomar communicated with Ramirez and Gonzalez via BBM to coordinate the transfer of the heroin cash proceeds back to Bogotá. Alomar sent approximately $7,000 to Ramirez and his associates in $500 increments via Western Union.

21. On September 26, 2013, Alvarado again worked a JetBlue flight from Orlando to Bogotá. Later that evening, Ramirez spoke with Alvarado on the phone and told her Torres and Franco would meet her in Alvarado's room at the Marriot Bogotá. Torres and Franco arrived with a duffle bag containing heroin pellets wrapped in plastic, and several women's girdles. Alvarado tried on different girdles while Torres and Franco cut the plastic to fit her body contour. Torres and Franco also asked Alvarado to carry a vaginal insert containing heroin but Alvarado declined. Torres and Franco fitted panels of plastic wrapped heroin on Alvarado's back, waist, and pelvis areas. Torres and Franco then left the hotel, leaving the heroin and the garment with Alvarado.

22. After Torres and Franco left, Alvarado called Ramirez to tell him that the garment was too bulky and uncomfortable. Torres returned a short time later and removed the heroin hidden in the back and pelvic panels of the garment. Torres then left the hotel with those panels. Alvarado's garment then held only a panel of heroin pellets laying across her abdomen.

23. On September 27, 2013, Alvarado worked her scheduled flight from Bogotá to Orlando. CBP conducted a secondary screen of all JetBlue crew members, including Alvarado. During Alvarado's screening she readily admitted that she was carrying something

illegal. Agents helped her undress and they found she was wearing a body suit under her uniform. A panel from the abdomen area contained individually wrapped heroin pellets disguised as chocolate candies, with a total weight of 940 grams of heroin.

24. Alvarado cooperated with agents and assisted with the controlled delivery of the heroin to Alomar on the following day. Alvarado and Alomar were both arrested. Alomar agreed to cooperate. Alomar received a BBM from Ramirez asking if everything was ok. Under the supervision of the agents, Alomar replied to Ramirez via BBM telling that he had the heroin. Alomar later accompanied agents to his home where he turned over the heroin remaining from Alvarado's first delivery.

25. Alvarado and Alomar were interviewed separately and to the extent they had the same information, they corroborated each other regarding the DTO's members and its activities.

26. The following summaries of conversations were obtained by CNP wiretaps:

A. On September 18, 2013, at 8:50 p.m., the CNP intercepted a call between Gonzalez and Hurtado. Ramirez was also present with Gonzalez. During the call Gonzalez and Hurtado discussed the size of the garment for Alvarado. Hurtado said, "Mono, you told me they were XL and what?" Gonzalez replied "And L." Hurtado stated, "No, dude, t... that pattern is too small. Because I'm measuring it over here..." Aside, Gonzalez asked Ramirez: "Yeah. Is she, uh, is the flight attendant bigger than ... than her, or just the same?" Ramirez got on the phone with Hurtado and they discussed Alvarado's dimensions and various types of corsets and garments.

B. On September 27, 2013, at 9:38 a.m., the CNP intercepted a call between Franco and Hurtado. During the call Franco and Hurtado discussed the way the heroin was

wrapped and Franco fitting Alvarado with the heroin panels concealed in the garments. Franco said, "That showed up in a thi... a white thing, uh, with plastic. But the plastic was taken off and they put on that transparent plastic that didn't make any noise, but then it was wrapped in tape and that made a lot of noise." Franco talked about the panels bothering Alvarado: "The one that was bothering her ... the one that was bothering her was the part in back and one that got put in down here underneath." Franco later said, "And we took off the plastic and we wrapped it in the transparent paper, not in cellophane, the other one that ... that transparent one that they wrap candies in. You ... you know? So, we wrapped it there so she wouldn't make a lot of noise. She ... she put it there, and she put the other one that would tighten ... the ... the girdle, you know?" Hurtado said, "But ... but listen, but ... but did she take the one for the waist?" Franco replied, "No, she didn't take it. What she took was shapewear that I had him buy yesterday."

  C. On September 27, 2013, at 10:11 a.m., the CNP intercepted a call between Paz and Hurtado. During the call Paz and Hurtado discussed Alvarado not being able to fit the panels of heroin on her back and pelvis. Hurtado talked to Paz about how many heroin pellets Alvarado was able to conceal. Hurtado said "Well, it was super big, the girl couldn't make it fit, man." Hurtado said, "Send me ...send me the measurements for that, how much was in each ... each strip .... You remember the measurements, yes or no? In other words, the one ... the one for the belly button. You know what I mean? So, do you know what I mean or not?" Hurtado later asked, "For example, on the belly of the ...of ...of ...of ...of the waist, the one you're taking about, the waist, how many bananas were there?" Paz answered, "I think there were 100. Let me make sure and then I'll ... I'll call you."

  D. On September 27, 2013, at 10:27 a.m., the CNP intercepted a call between Paz and Hurtado. During the call, Paz gave Hurtado the number of heroin pellets transported by

8

Alvarado. Paz said " Navel, 110." Hurtado and Paz discussed the amount of heroin pellets given to Alvarado and the number left behind with Torres and Franco. Hurtado said ""Let's hope that they arrive over there to see what ...."

27. On November 18, 2013, the CNP intercepted communications relating to a shipment of heroin from Cali, Colombia to Orlando, Florida. The CNP intercepted a package at the Alfonso Bonilla Aragon International Airport near Cali, Colombia. The package was addressed to a residence in Orlando, Florida and contained an air purification machine. Further inspection revealed approximately 4.66 kilograms of heroin made to resemble rubber insulation inside the device. The CNP advised that Hurtado fabricated the heroin into the rubber type form and Gonzalez and Ramirez coordinated the shipment.

28. During February 2014, the CNP intercepted communications regarding the shipment of approximately one (1) kilogram of heroin to Orlando, Florida from Cali, Colombia. On February 6, 2014, a package was shipped via DHL Express to an address in Orlando, Florida. Orlando DEA agents coordinated with HSI Orlando and the package was inspected by CBP upon entering the United States in Cincinnati, Ohio. The package contained travel neck pillows that appeared to be stuffed with normal Styrofoam beads. Upon closer inspection, CBP determined the beads were mixed with small pieces of a rubber-like material. CBP conducted presumptive tests on the substance which were positive for heroin. The approximate weight of the rubber and Styrofoam mixture was approximately 1.5 kilograms. CNP advised that its wiretaps and surveillance reveal that Hurtado was responsible for fabricating the heroin and Ramirez and Gonzalez coordinated the payment and shipment of the heroin to the United States.

### III. Identification

29. Steven Ramirez Torres is a citizen of the United States, born on August 10, 1069, in Puerto Rico. His United States passport number is 498675870. Attached to this affidavit as Exhibit E are photographs of Ramirez. Alvarado and Alomar have each identified the person in Exhibit E as the person whose criminal conduct is described in this affidavit. In addition, law enforcement agents in Colombia have confirmed that the person depicted in Exhibit E is Steven Ramirez Torres, the individual arrested on the provisional arrest warrant issued in this case.

30. Jose Manuel Hurtado Delgado is a citizen of Colombia, born on October 22, 1964, in Palmira - Valle. His Colombian cédula card number is 16540154. Attached to this affidavit as Exhibit F are photographs of Hurtado. Law enforcement agents in Colombia have confirmed that the person depicted in Exhibit F is Jose Manuel Hurtado Delgado, the individual arrested on the provisional arrest warrant issued in this case.

31. Nestor Alexander Paz Sarria is a citizen of Colombia, born on September 22, 1978, in Cali - Valle. His Colombian cédula card number is 10493125. Attached to this affidavit as Exhibit G is a photograph of Paz. Law enforcement agents in Colombia have confirmed that the person depicted in Exhibit G is Nestor Alexander Paz Sarria, the individual arrested on the provisional arrest warrant issued in this case.

32. Jack Leitner Gonzalez Londoño is a citizen of Colombia, born on February 25, 1975, in Cali - Valle. His Colombian cédula card number is 94425870. Attached to this affidavit as Exhibit H are photographs of Gonzalez. Law enforcement agents in Colombia have confirmed that the person depicted in Exhibit H is Jack Leitner Gonzalez Londoño, the individual arrested on the provisional arrest warrant issued in this case.

33. Omar Alonso Torres Ferrerosa is a citizen of Colombia, born on January 5, 1981, in Cali - Valle. His Colombian cédula card number is 16915601. Attached to this affidavit as Exhibit I is a photograph of Torres. Alvarado has identified the person in Exhibit I as the person whose criminal conduct is described in this affidavit. In addition, law enforcement agents in Colombia have confirmed that the person depicted in Exhibit I is Omar Alonso Torres Ferrerosa, the individual arrested on the provisional arrest warrant issued in this case.

34. Claudia Patricia Franco is a citizen of Colombia, born on January 5, 1981, in Cali - Valle. Her Colombian cédula card number is 67006672. Attached to this affidavit as Exhibit J are photographs of Franco. Alvarado has identified the person in Exhibit J as the person whose criminal conduct is described in this affidavit. In addition, law enforcement agents in Colombia have confirmed that the person depicted in Exhibit J is Claudia Patricia Franco, the individual arrested on the provisional arrest warrant issued in this case.

_____
TASK FORCE AGENT TERENCE NICOLAS
DRUG ENFORCEMENT ADMINISTRATION

SWORN AND SUBSCRIBED BEFORE
ME THIS 14th DAY OF MARCH, 2014

_____
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF FLORIDA